IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHEN ADAMS, et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v.  ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 90-162C <br> and Consolidated Cases <br> (Judge Lynn J. Bush) |

## STATUS REPORT

Pursuant to the Court's order of January 17, 2014, defendant respectfully submits the following status report.

The Court's order directs defendant to apprise the Court of the current status of payments on plaintiffs' claims through the Judgment Fund and the Government's plan of action to correctly calculate payments to plaintiffs and to promptly effectuate those payments. On January 14, 2014, plaintiffs were paid by the Judgment Fund for all amounts required by the parties' settlement agreement with the exception of fifteen days' worth of interest on the claims of nine plaintiffs. This interest is due because the interest on the claims of these nine plaintiffs was calculated through November 30, 2013, with payment due no later than 30 days after the date to which interest was calculated, i.e. by December 30, 2013. However, as noted, payment was not made until January 14, 2014. The extra interest represents the additional fifteen days between December 30, 2013, and January 14, 2014.

The Government is currently in the process of calculating the additional interest due. We anticipate that the calculation will be completed on or before February 6, 2014, at which point we will share the calculation with plaintiffs' counsel. On the next business day after acceptance of

the calculation by plaintiffs' counsel, the Government will submit the necessary forms to the Judgment Fund so that payment of the additional interest can be made. Upon completion of these calculations, we will provide them to plaintiffs' counsel for her review. Once the parties are in agreement concerning the remaining interest due, we will submit the necessary supplementary materials to the Judgment Fund so that payment of the additional interest can be made.

Based upon recent experiences with the Judgment Fund, we anticipate that it will take approximately six to eight weeks for the additional interest payments to be made. Once the additional payments are made, the parties will submit the filings that will allow the Court to close these cases.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    BRYAN G. SNEE
    Acting Director

    S/Scott D. Austin
    SCOTT D. AUSTIN
    Assistant Director

    S/Hillary A. Stern
    HILLARY A. STERN
    Senior Trial Counsel
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    Attn: Classification Unit
    P.O. Box 480
    Ben Franklin Station
    Washington, D.C. 20044

January 28, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this Status Report was electronically filed on this 28th day of January, 2014, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to plaintiffs' attorney:

>Linda Lipsett (Counsel of Record)
>Bernstein & Lipsett, P.C.
>1920 L Street, N.W., Suite 303
>Washington, D.C.  20036


>/s/ Hillary A. Stern
>Hillary A. Stern